IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STANLEY A. DURAJ, | ) | CASE NO. 1:17CV00775 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| PNC BANK, N.A., et al., | ) | |
| | ) | **CITIZENS BANK, N.A.'S MOTION TO** |
| Defendants. | ) | **DISMISS PLAINTIFF'S AMENDED** |
| | ) | **COMPLAINT** |
| | ) | |

NOW COMES Defendant Citizens Bank, N.A., incorrectly identified at Citizens Financial Group, Inc. ("Citizens"), by and through undersigned counsel, and hereby moves this Honorable Court pursuant to Fed. Civ. R. 12 (b)(6), for a judgment in its favor as Plaintiff's First Amended Complaint ("Amended Complaint") fails to state a claim upon which relief can be granted.  The Amended Complaint makes the same allegations against Citizens and defendant PNC Bank ("PNC"), namely that each of the defendant banks are liable for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*., due to alleged "soft pulls" of Plaintiff's credit report after Plaintiff's discharge in bankruptcy.  (Amended Complaint, Doc. No. 9, at 4, 6 and 9).  The facts and law as alleged against Citizens is identical to that alleged against PNC.  As such, in the interests

1

of judicial economy, Citizens hereby incorporates, as if fully restated herein, the arguments from PNC's Motion to Dismiss and Memorandum in Support ("PNC Motion") (Doc. No. 12).

Respectfully submitted:

*/s/ Melissa A. Laubenthal*
Karen L. Giffen (0042663)
Melissa A. Laubenthal (0078741)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone:      216-621-5161
Facsimile:       216-621-2399
E-Mail:            kgiffen@thinkgk.com
                        mlaubenthal@thinkgk.com
**Counsel for Defendant Citizens Bank, N.A.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017 a copy of the foregoing *Citizens Bank, N.A.'s Motion To Dismiss Plaintiff's Amended Complaint* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system upon the following Parties:

Sylvia A. Goldsmith, on behalf of Plaintiff Stanley Duraj at goldsmith@goldsmithlawyers.com.

H. Toby Schisler, on behalf of Defendant PNC Bank at toby.schisler@dinsmore.com.

/s/ Melissa A. Laubenthal
Melissa A. Laubenthal (0078741)
**Counsel for Defendant Citizens Bank, N.A.**

3