UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY A. DURAJ, | ) | Case No. 1:17 CV 775 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| PNC BANK, N.A. et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice.   Each party to bear its own costs.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __August 24, 2018_____